# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED AT MENARD and E-mailed
11-4-19 by PS 92 pages
date          initials   No.

Brian Doyle B41630 #

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

Steve Ritz M.D. Wexford

Health Sources Incorporated

_____

_____

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: New Complaint
(Clerk's Office will provide)

19-1210-JPG

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Brian Doyle
Menard correction center
P.O. Box 1000
Menard, Ill. 62259

**Defendant #1:**

B.    Defendant _Steve Ritz_ is employed as
        (a)   (Name of First Defendant)

_Utilization Manager_
        (b)            (Position/Title)

with _Wexford Health Sources Incorporated_
        (c)   (Employer's Name and Address)

Foster Plaza 4 - 501 Holiday Drive
Pittsburgh, PA 15220

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☐ Yes    ☑ No

If your answer is YES, briefly explain:

Rev. 7/20/18                                1

**Defendant #2:**

C.    Defendant _Wexford Health Sources Incorporated_ is employed as

(Name of Second Defendant)

_Health Care Provider_

(Position/Title)

with _Wexford Health Sources INC._

(Employer's Name and Address)

_Same As Above (Foster Plaza 4-501 Holiday Drive)_
_(Pittsburgh, PA 15220_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☑No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):


Defendant(s):


2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):


7.    Approximate date of filing lawsuit:

8.    Approximate date of disposition:

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution?  ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                                ☐ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take?  Over 30 years I've
Filed multiple Grievances

2.    What was the result?  most I was told That I had
Been Given the Treatment med/ staff deemed Appropriate
And most recently I Finally received some relief
As described in the back drop of the complaint

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                      ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?
I First submitted Grievance to counselor, Then
Grievance officer and Exhausted to ARB

2.    What was the result?
See Above At A.B.C

G.    If your answer is NO, explain why not.


H.    Attach copies of your request for an administrative remedy and any
      response you received.  If you cannot do so, explain why not:

IV.    **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

### GENERAL CLAIM

Plaintiff contends that for 20 years due to prison officials inadequate treatments He has been Forced To live with what medical Personnel have diagnosed As A Chronically "SUPER" Infected draining Occipital Scalp wound At the base of His Neck (i.e. Right above the Neck)

### PRESENTATION

Plaintiff submits he will Brief His Eighth Amendment Violations Towards The Back Drop of The complaint As In the effort To make it Easier To Evaluate his claim. Plaintiff FIRST Quotes Menard Nurse Practitioner Christine Lindsay (one of Plaintiff's Primary "Treaters") August 30, 2018 "Medical Special Services Referral and Report" As The Report Virtually Curves A Global Summary OF Plaintiff Plight and/or Reason For Filing the instant civil Rights Action

### NURSE PRACTITIONER
REFERRAL AND REPORT

Referred To: Wound Care Center To evaluate and Treat

Rationale For Referral; PT has Occipital wound For 20 years with

† Back Drop starts At Page SIX Last Paragraph

Chronic Super Infection with multiple Sinus tracks PT is A diabetic
Last high A1c was 7-25-18 Last eval. by A Surgeon was 3/24/17
Who wanted A Follow up.

FINDINGS: Chronic Occipital Infection with draining sinus Track
X 20 years has had AN INCISION / Drainage ON Site 1999 and 2010
he has continued to drain OFF and ON in Spite of all conservative
treatment. He has daily dressings changes With each New re opening He
uses chlorhexidine soap For multiple years

ASSESSMENT: Last collegial[2] From 8/14/18 recommended doxycyclin
For 4-6 weeks. This patient has been treated multiple times with
multiple Antibiotics Including Minocyclin, Levaquin, and Bactrim

RECOMMENDATION/PLANS: Request A Wound care Referral
For this patient. There is A wound care center Located Close in
O'Fallon Illinois Through St. Elizabeths Hospital (END of Quote
TO 8/30/18 Report

        Plaintiff Asserts that Christine Lindsay Also Submitted A "Med-
ical Special Services Referral and Report on behalf of the Plaintiff
ON October 18, 2018   Due to the August 30 2018 Referral being denied
That is A virtual Duplicate To the August 30 2018 Referral merely
Adding That Treatments/ Listed Above is Just From The Last Two Years
(Exhibit 1 Dates 8/30/18 and 10/18/18 At TWO)

~ A collegial is A Referral For Special Treatment most often off
    Prison Grounds

6 A

## ADDITIONAL MEDICAL
## BACK GROUND

On July 6, 2018 Medical Technician Logs in Plaintiff's medical Records Dressing Change Performed Wound still open with Brown Drainage Inmate States he hasn't Seen A Doctor - Very concerned About his Wound, I Put him on A Doctor Call Line to be Seen.

On July 11, 2018 Menard Medical Director Dr. Siddiqui In Summary Logs ... 20 Year Chronic Infected D/wound has been on Antibiotics For years No Change Noted - Refer - For A Colligian to Consider Wide excision

On October 12, 2018 Nurse Logs daily head cleaning Wound cleaned with sterile Saline and betadine no change with wound Fluid Build up Still happening and Spreading to Face and under eye with No improvement

On Dates 10/16/18 Through 11/4/18 medical (not Always the same staff) Staff Generally Logs ... Posterior Scalp Remains Swollen and Tender to touch with Drainage Area cleansed with Betadine Solution, with Dressing Applied.

On November 6, 2018 Staff Logs Chronic Soft tissue infection x 20 years Occipital Area Now expanded into Cheeks and Jaw

## THE BACK DROP/COUNT ONE

The Following Briefs "Wexford" And Dr. Steve Ritz Conduct For Repeatedly Selecting Blatant ineffective Courses of Treatment spanding For A Number of Years Resulting in the Plaintiff enduring Severe Physical and Psychological Pain. In violation of the Eighth Amendment.

6 B

Plaintiff submits that when the ON site Prison medical Director OR His approved staff (A Nurse Practitioner) submits A Referral For A Prisoner To be treated OFF Prison Grounds By A Specialist, it is The Utilization Management Physician[3] (often Referred to As The "Coporate Director") Who Approves OR Denies The Referral, IF The UMP Denies A Referral often times the UMP Will order AN Alternative Treatment Plan (ATP) That in most cases Will continue to be Carried out ON Prison Grounds, When A Referral is submitted To the UMP by Prison medical Personnel the Prisoners Relevant medical Records Attaches ∠EX 1 Date 8/30/18 At 3 )

Here the Above Referenced 8/30/18 and 10/18/18 and Several more "Medical Special Services Referral and Report" (Referrals here on) Were Repeatedly Denied By Defendant Ritz.

IN denying the Referrals the defendant's Comments Were As Follows: Patient with chronic Folliculitis of occipital area with Recurrent Superactive iNFection x 20 Years. Multiple draining Sinus tracts. I & d (INcision and drainage) done on site iN 1999 and 2010

No improvement despite Conservative measures including chlorhex-idine Soap For several years, daily dressing changes, multiple Abx including multiple trials of minocyclin LevaQuin, and Bactrim, culture and salve (c&s) done 7-15-18 after Bactrim x 2 weeks Showing many Proteus Mirabilis, rare MRSA, many gram positive Organisms IN 3 Varieties, Few gram positive Rods. Requesting Wound care clinic At St. Elizabeths Hospital, Service is Not authorized At this time ATP

---

3 UMP here oN

6 C

made to discuss with Dr Siddiqui (EX 1. Date 9/7/18 see also Date 10/26/18)

Plaintiff Asserts In the 20 years he has had The above described Serious medical condition He has had Approximately Four I & d done on Prison Grounds. However Prison Staff that on Prison Grounds They can only Perform "minor" Incision (cuts) into The skin (which has proven to be ineffective As they cannot cut deep enough (i.e. Perform A "Full Blown" operation because I would Need to be put Asleep Vis General Anesthesia) and Remove enough Of the infected Tissue To Finally cure The infection. moreover Prison Staff have explained that They would not even be able to Close The type of Incision I would have after Such An incision As I would Need A Skin Lift  (i.e. Plastic Surgery After Such An operation). Accordingly Prison Staff Has Submitted Numerous Referrals (approximately 8 In Just the Last 3 or So years) For Plaintiff To Seen by A wound Care Specialist For A Surgery Consultation, Netting Only Three Approvals. The First Off Site Surgery Consultation Plaintiff Had Was In December 2016, which was Approved By The defendant on November 14, 2016 where in his Comments were Quote 11-11-16 Request For General Surgery Consult and eval. of occipital Scalp Abscess with Chronic draining Sinus Tracks PMH Of I & D In the Past, without Improvement with Conservative treatment on Site approved By Dr. Ritz (EX 1 Date 11/14/16

6 d

Plaintiff submit the off site "specialist" Requested for plastic Surgery consult Due to the Depth (i.e. severity) of the Surgery He would need, Which was approved by UMP (marcia whose comments: were Quote " Request for plastic surgery consult S/P evaluation by General Surgery r/t recurrent infectious scalp cyst with sinus tracts and abcess (chronic), a/surgeon recommending evaluation by PS ... Approved by Dr. barcia (EX 1 date 1/30/17)

  Here Both of the above listed off Grounds Specialist explained to the Plaintiff and Briefed to prison officials (the defendant) What needed to be done (A deep wide excision and skin lift see Med/Records EX 1 dates [most Recent] A10/19/18 and 7/11/18) And MORE IMPORTANT, Both Specialist Requested follow up appointments Which Defendant Ritz denied (see EX 1 At 3/06/17 for His "Comments).

  Plaintiff submits Due to the severity of his condition (i.e. infection) Prison staff and the Plaintiff filed An Appeal and Re-Submits A Referral Both of Which were again denied by the defendant (see EX 1 dates 4/3/17 Thru 4/5/17 for "Comments).

  Plaintiff submits That even after the April 3 2017 Denial, Approximately Eight more Referrals were submitted FROM Then up until the present And the defendant denied each one of them not withstanding That the on site medical director Thoroughly Explained That the A T P Failed (EX 1 Date 9/26/18 ) Con 11/06/18 Plaintiff's infection became so

4 see medical Records dates 11/8/17, 7/20/18, 8/03/18, 8/10/18, 9/28/18

6 E

Severe Prison Staff admitted Plaintiff into the Infirmary where He had to be placed on an "I V Drip" (See EX 1 At 11/06/18 with Staff noting that Plaintiff Had infection/Swelling in back of Head and in his Face).

Plaintiff was not discharged from Prison Hospital (in Firmary) until 11/17/18

Plaintiff submits Shortly after being discharged his Soft tissue infection Returned on 12/11/18 prompting Staff to Submit yet Another Referral and appeal to the previous denials of the defendant on Plaintiff's behalf. (On 12/17/18 defendant again denied the Referral)

Finally The Plaintiff and Prison Staff wins an Appeal, The Ill. Dept. of Correction releases A medical Memorandum that Reads As Follows ... Date February 13, 2019, To Offender Brian Doyle, B41630 ... Subject: Collegial Appeal ... Offender Doyle B41630 I Am in Receipt of your Letter and As the Acting Health Care Unit Administrator I Submitted A Collegial appeal that included your history regarding your medical issue to Dr. Meeks. State Medical Director. Dr. Meeks agrees that you need definitive treatment. Once We receive the authorization Number From Wexford you will be Scheduled with general/Plastic Surgeon     Signed    Dr. Siddiqui  Facility medical Director and Angela Crain RN  Director of Nurses (See EX 1 At 3/22/19 see also Exhibit 2 Placed behind med/Records For memo)

Plaintiff asserts Shortly After Winning his Appeal he was Sent Off Site to St. Joseph medical Facility Where An Ultra Sound Was Performed Cyst/Abscess (Occipital Region Scalp) To determine depth

bF

The Fings: Are As Follows Real-time Ultrasound examination demonstrates within the occipital scalp and base of the neck. Their is A year of Subcutaneous heterogeneous Fluid, Located 9mm From the skin Surface, extends horizontally For 16 cm and Cephalocaudal dimension of 5.3 cm, has A maximum thickness of 8mm

IMPESSION 1. Subcutaneous Fluid Collection within the Occipital Scalp As described above, different diagnosis include. Seroma versus hematoma Versus Recurrent Abscess (EX 1 At 6/20/19)

Plaintiff Contends that the ultrasound Results Reveal he had A year of Fluid Build up Not with Standing in the year Prior to the ultrasound plaintiff, Occipital Scalp Had Repeatedly open on its own and drained within the Previous year, More over Prison Staff had Perform I & D on Plaintiff's scalp in the preceding year, Plaintiff point/ Premise in support of his medical deliberate Indifference claim before the court is that it is Obvious even to A Lay Person that his Infection has Never been Cured For Well over A decade (Possibly two decades) even the rare times The Chronic Abscess Closed - Rather the "Super Active Infections" (cultures repeatedly Revealed Plaintiff had Several Active Organisms At one time over the years) Merely Laid Dormant

Arguably Plaintiff wound should have Never been allowed to close with An Active "Super Infection" in the First Place Hence The Need For the Plaintiff to have Long Since (Five years -

6 9

ago) been under the care of A wound care specialist. As A Doctor the defendants knew better and selected Repeated Less efficacious courses of treatment for years that were uncontrovertebly proven to be ineffective long before Plaintiff won his Appeal.

Plaintiff submits his Due Diligence in trying to get adequate treatment includes writing To Wexford Health Sources Inc. The Risk Management Department Responded As Follows..."We are in receipt of your recent letter. Please remember to follow the established Sick call Process and Grievance Procedure at the facility to have your medical concerns Addressed. Please be Assured that the medical Staff At menard d.c. is Comprised of qualified and dedicated professionals who are there to assist medical needs   (EX. 3)

Here "Wexford" made the above claim in Response to Plaintiff's Letter yet the Company Repeatedly Denied menard c.c. medical staff Repeated Pleas (i.e. Referrals) For Plaintiff to be treated by A "specialist" Although his condition plainly on it's Face called For him to be under the treatment of A wound care specialist

Plaintiff contends That Due to the defendant's deliberate indifferences his Pain is On Going, He Suffers From Physical Pain And Psychological Pain, His daily activities Are Greatly affected and he has An On Going Poor Quality of Life even by Penvo.Logical Standards, As For Two decades he has Had to almost continual Affix Huge Gauze Pad And BandAids To The Back of His Head, the HardShip of A continual "Dressing" Includes

6 h

being uncomfortable. Lack of adequate sleep, Anxiety for prison move-
ments (yard, gym, chow/dinning Room, Commissery ETC) To Explain
Yard Periods Are Approximately Three hours Thus if Plaintiff only Affixes
one or Two Gauze Pads And A Ban Aid (i.e. one Ban Aid) He faces
A risk of leakage or the Drainage being Plainly Visual Through
the Dressing, if Plaintiff Affixes Numerous Gauze Pads he needs
more Tape or Band Aids to Attempt to keep the Gauze Pads in
Place. Plaintiff Submits the "Bulk" of A "multi Pad Dressing
is uncomfortable it impedes his Exercise The Pads in the
middle of His Dressing Often Slips Out of the Dressing or
Partially slips out~ Prisoners Comment/ Ridiculed the Plaintiff
when He uses Yard or Gym equipment (For example if the
Plaintiff Lays Flat Down on A Bench to Perform Bench Presses
Prisoners Have routinely stated to Him "Hey man that's Not
Alright that you are Laying your Head on A Bench that everyone
else Has to use with That Dressing on your Head~ you can
See The Drainage Stains almost Soaking through~ or~ it Has
Soaked through~ we can easily Contrect what you Have like
That"). No one wants to sit at A dinning Table and eat
With the Plaintiff~ He has had Several "run in's" (altercations)
with Cellmates which He Has Alerted Officials of (EX 1 date
10/13/18 demonstrates He Pleads with Staff to be Housed in A "one
man Cell"). ia/ The Above listed is only the Grist of Plaintiff's Hardships,

COUNT TWO

Details Defendants Steve Ritz, And Wexford Health Sources

6 I

Incorporated Conduct For Exhibiting Deliberate Indifference To Plaintiff Serious medical Need to Be Housed in A "single man" Cell

As decribed above, Plaintiff suffers From A Chronic Abscess, And sharing A Cell with Another Prisoner Has Contributed To Plaintiff Abscess being Continually infected Plaintiff submits in Prison. (Menard) Prisoners Are allowed to shower Two OR Three[5] Times A Week depending upon the unit They are Housed, Prisoners must Bath in their Cell sinks, do Laundry, wash Bowls and cups (i.e. Basic eating utensils) shoes Etc. Prisoner Are Not allowed to Possess or Buy (germ Killing Products such As Bleach which would Be needed to keep A Cell Sink Germ Free As so to Allow Plaintiff to wash his Face and Affected Area of his head without Being Exposed to Further infection or Prolonging the infection Plaintiff has- the medical Presentation Above demon-Strates that cultures reveal Plaintiff was infected with multiple Organisms At once on numerous occasions

Here medical Records (which Are written in short hand) clearly Demon-strate Plaintiff CONVEYED to medical staff He was Having issues with Cell mates, That WERE Not very Hygienic, he was often on the verge of having Physical Altercations, Etc. And he needed to he issued A medical Special needs Permit For A "one man cell"

Here what is So Egregious about the defendant's Failure To Act is that Plaintiff has been admitted into the Prison Hospital

---

5 During Level one Lock down Prisoners often don't Get to shower For the First 7days and once A week their after

6 J

For Weeks at A time At Which point His wound Will display Some improvement ONly to turn and be sent to the cell House to be Housed with another Prisoner (Arguably Placing Him and The uninffected Prisoner iN harms way)

Plaintiff Asserts that the defendants conduct is counter Productive to the very treatment orders/instructions they Gave in that the defendant's Gave Him Sterile Dressings, (many over the years) Changes only to Send Him to Live in un Sanitary Conditions And Like Wise with Telling Him (Plaintiff) to keep His weight down to control His diabetes, But most of the time Plaintiff wound is so inflammed coupled with Heavy drainage Due to his being Forced to Live in un Safe Conditions (i.e. with A cellmate) that He is unable to attend yard/Gym to Carryout the very exercise medical staff have instructed For Him to Carryout (Perform) The Reality is often times Plaintiff Limited His "Recreational" movements because He Smells of INFection (yet another "hardship") And Was Avoiding the risk of Physical Altercations

Plaintiff Submits that he Routinely Has to deal with his Fellow Prisoners making Comments about Letting them go First one the Phones Which Are Located in the cellHouses, Gyms, and prison yards (Here the Plaintiff could go on and on about the hardships of Living with A Chronically infected Abscess IN the back of his Head For Twenty years). Here Plaintiff's Condition Plainly called For Him to be Single Celled To prevent such confusions described above (i.e. PLAiNtiff Should not Always Have

6K

To go back and Fourth with Cellmates, Shout Who Washes up First, Who Uses the Phone First ETC.

## COUNT THREE

Wexford Health Sources INcorporated and Steve Ritz Has An unconstitutional Practice/Custom of Refusing to Honor Specialist Treatment Plans

It is well settled State and Federal Law Requires Prison Institutions to provide Prisoners With Reasonable medical Care in Compliance With Prisoners Eighth Amendment Rights and that if On Site medical Staff are Not Capable of Providing A Care (the medical care) that A Prisoner Needs They (Prison Officials) must make arrangements For A Prisoner to be Treated by A "Specialist" ON or Away From Prison Grounds Plaintiff contends that "Wexford" and Defendant Ritz Have A "Practice of Sending Prisoners To See "Specialist" and then refusing to Carry out their Treatment plans which often times include Not even Sending the Prisoner back For the Follow up appointments That the "Specialist" Schedule and/or Request, Plaintiff Premise is that This is A Fraud perpetrated by The Defendants to make it appear that They are in Compliance with State and Federal Law - However the reality is that if

6 L

The defendant's Are not Going to adhere to "Specialist" Treatment Plans, The defendant's in effect moots the fact that they even sent A Prisoner to A Specialist in the First Place, this is what occured here and if the court Allows Plaintiff to Proceed he will Supply the court with Numerous Sworn Affidavits with Prisoners Testifying that the above mentioned Has occured to them (Putting it another Way - The defendant's make it appear on "Paper that they Are in compliance with the Law when it is A Facade)

COUNT FOUR

Wexford Health Sources Inc. and Steve Ritz Violated Plaintiffs Eighth Amend Right To receive Adequate medical Treatment when They Refused To carry out The "Specialist" Treatment Plan's and Refuse To Listen to on Site medical Staff's Repeated Recommendations

Plaintiff Respectfully Ask that the court Allow him to incorporate the above Briefings into count Four by Reference As oppose to been Redundant with his Presentation

6 m

EXHIBITS IN SUPPORT OF COMPLAINT

1) Relevant medical Records
2) Memorandum / Grievance Appeal
3) WexFord's Response Letter To PlainTIFF
4) PlainTIFF's most Recent Relevant Grievance

## V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Request Punitive Compensatory Damages to be determined in the future as the case is further developed, and for Injunctive Relief with the court ordering that the Plaintiff receives the Treatments that wound specialist instruct he needs ( the surgery and skin graft as describe in the complaint )

## VI.  JURY DEMAND (*check one box below*)

The plaintiff ☑ does    ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:   Date Drafted   October 21, 2019
(date)

Signature of Plaintiff   Brian Doyle

P.O.B   1000
Street Address

Printed Name   Brian Doyle

Menard,   Ill   62259
City, State, Zip

Prisoner Register Number   B41630

Signature of Attorney (if any)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

E-MAILED NOV 0 4 2019

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

**Doyle**        **B41630**
Name                ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?  (Yes) or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?   Yes or (No)

    If yes, please list case number: _____N/A_____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?   Yes or (No)

    If yes, please list case number: _____N/A_____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted: **92**

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Complaint | 20 |
| — Exhibits | 65 |
| — Notice of Filing | 1 |
| — Motion To Proceed Without Costs, Trust Fund Statements & Certification | 6 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

**Offender Information:**

Doyle                    Brian              ID#: 1341630
Last Name              First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/27/09 1:05 | MD NOTES | |
| Wt ⇒ 208 lb | S: I have an open sore at | for possible excision |
| BP 128/84 | the back of my head. | of chronic draining |
| P 70 R 18 | O: A chronic open sore | Sebaceous cyst w/ |
| T 99 | of the occipital scalp. Probable | local anaesthesia. |
| | Infected sebaceous cyst with | For excision of |
| | spontaneous rupture with | Chronic Infected cyst 8/28/09 |
| | Constant drainage | S. NWAOBASI M.D. |
| | A: Possible Chronic draining Infected sebaceous cyst. | |
| | | |
| | | |
| 8/28/09 9:30 AM | MD NOTES | See in 2 weeks |
| | Pre-op Dx: Chronic draining Abscess ulcer Occipital Scalp | Vibramycin 100mg 1 |
| 128/86 74 18 98 5 | Post op: Same | p.o. BID x 14 days |
| | Opn: Debridement of Abscess ulcer | Motrin 400mg ii po BID x 10 days |
| | Wound Culture Iodoform wound packing | Lay in for 5 days |
| | | Dressing change every other day |
| | | S. NWAOBASI M.D. |

COPY

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC-7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

RECEIVED

AUG 17 2018

| Offender Information: | | |
|---|---|---|
| Last Name: Douglas | First Name: Brian | MI | ID#: B 41638 |

| Date/Time | RN NOTE   Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-3-9 | S - ∅ | P - CPM |
| 9 Am | O - For dsg Δ - cleaned c̄ | |
| | NS + Banddid applied | |
| | A - Dsg Δ | Cmoster |
| | | |
| 9/4/09 | RN NOTE | |
| 10 Am | S: Sched for CSU line for f/u open sore | P: Cont dsg Δ as |
| | O: No need to see today. Should | ordered. f/u in 1 |
| | already have f/u appt in 1 week. | week as previously |
| | A: not seen | scheduled |
| | | Gretchel RN |
| 9/6/09 | C-u-r-sd | |
| 1130ᵃ | s) Inmate sched f dsg Δ | P) Area not healed |
| | o) Area cleansed c̄ H₂O₂, ∅ | cyl. will see M.D. |
| | s/s of infection - | ___ |
| | A) Dsg Δ. | |

RECEIVED

DEC 11 2018

MENARD C.C.
GRIEVANCE OFFICE

COPY

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard _____ Center

**Offender Information:**

Last Name: Doyle    First Name: Brian    MI: ___    ID#: B41630

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/6/16 9AM | RN note | |
| | S - "It don't drain nothing" | P - Refer to MD |
| | O - I/m seen on nurse | for I&D of |
| | sick call for dressing | area |
| | to abscess to back of | |
| | neck. Area is size of | |
| | pen head that is open | |
| | that is white + firm | |
| | + s̄ drainage but skin | |
| | around this is firm + | |
| | swollen for approx 5-6 | |
| | cm around this head. | |
| | I/m instructed not to | |
| | scratch it + to keep | |
| | it covered at all times | |
| | A - Suspect MRSA | |
| | infection | _Jana South_ |

Distribution: Offender's Medical Record

56

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_MCC_ _____ Center

| Offender information: |
|---|
| Last Name: Doyle    First Name: Brian    MI:    ID#: B41630 |

RECEIVED
AUG 17 2016

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/7/16 | Cell Note | |
| 8:30am | S/O | P) Cont c̄ dressing |
| | 1) I'm seen in outpatient | Changes as ordered. |
| | line for dressing change. | |
| | Bumps to back of | |
| | neck are getting smaller. | |
| | No drainage noted at | |
| | this time. Area cleaned | |
| | c̄ Betadine and normal | |
| | saline - Refused band- | |
| | aid to cover. Will | |
| | cont to monitor. — | |
| | A) Dressing change | Kirk Kel |
| | | 43 |

RECEIVED
DEC 11 2019
MENARD CC
GRIEVANCE OFFICE

55
_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Ex 1    Date 11/14/16

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management            DELIVERED  NOV 1 4 2016

Date/Time: 11/14/201608:20:17

Subject:   Inmate Name:   DOYLE, BRIAN
           Inmate Number: B41630
                   Site:  MENARD
                Service:
                          99203    OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 995438753

Based upon a review of the information provided, Service is Approved.

    Comments:
    11-11-16 Request for general surgery consult and evaluation of
    occipital scalp cyst/abscess with chronic draining sinus tracks,
    PMH of I&D in the past, without improvement with conservative
    treatment onsite approved by Dr. Ritz in collegial with Dr. Trost.
    No IQ.

From: _____
    Dedicated Utilization Management

--------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                        412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

date 1/30/17

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

                                              DELIVERED JAN 3 0 2017

Date/Time: 01/30/201708:39:21

Subject:   Inmate Name:  DOYLE, BRIAN
           Inmate Number: B41630
                 Site:  MENARD
              Service:
                        99203    OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 253292932

Based upon a review of the information provided, Service is Approved.

    Comments:
    1-27-17 Request for Plastic Surgery consult s/p evaluation by
    general surgery r/t recurrent infectious scalp cyst with sinus
    tracts and abscess (chronic), GS recommending evaluation by PS
    approved by Dr. Garcia in collegial with Dr. Trost.  No IQ.

From: _____
    Dedicated Utilization Management

-------------------------------------------------------------------------

    INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

             Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
             877-939-2884 or 800-353-8384 - Phone
                                      412-937-9151 - Fax
             WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Doyle _____ Brian _____ ID#: B41630
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-3-17 | **Med Furlough Clerk Note:** | |
| 9:15 am | P/t has been scheduled for | |
| | a plastic surgery consult on | |
| | 2/24/17 at 9:00 am at Lincoln | |
| | Surgical - Memorial office | |
| | 4550 Memorial Dr., Ste 350, Belleville, Il | |
| | Ph. 618-234-3173. | |
| | Auth. 253292932. | |
| | Christei Mahle | |
| | Med Furlgh Clk | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard _____ Center

Offender Information.

Doyle                    Brian                _____ ID#: _____
_____Last Name_____        ___First Name___           _H_

| Date/Time | Subjective. Objective. Assessment | Plans |
|---|---|---|
| 2/16/17 | RN note | P) Placed c̄ |
| 2/16/17 | S: 0 | Med Onboarding |
| 830 PM | O: Please Status Complete | |
| | Med Onboarding & Ched. for | |
| | Lincoln Surgical | |
| | A) Med Onboarding | (Dusk) |

DOC 0034 EH 9 2002
(Reprint 10-2011)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name: <u>Doyle, Brian</u>                ID# <u>B41630</u>

Referral Date: <u>3-2-17</u>

Initial Proposed Course of Action: <u>Your case was discussed in collegial by Dr. Trost for a plastic surgery follow up.</u>

Alternative Care Recommended: <u>Dr. Ritz, Wexford UM, had denied this referral. Dr. Ritz would like case to be evaluated on-site by Dr. Trost to ensure current treatment is controlling symptoms. Re-visit case in one month.</u>

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

**R. Matticks M.D.**
_____
Print Facility Medical Director's Name

_____
Facility Medical Director's Signature

3/21/17
_____
Date

Distribution: Offender, Offender's Medical File, and
Heath Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

3|6|17

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA
From:      Utilization Management
Date/Time: 03/06/201716:37:07
Subject:   Inmate Name:  DOYLE, BRIAN        DELIVERED  MAR 0 7 2017
           Inmate Number:  B41630
                    Site:  MENARD
                 Service:
                    99213   OFFICE/OUTPATIENT VISIT EST

Based upon a review of the information provided, it is my medical opinion that:

1.   The above requested service is not authorized at this time based on the
     following:
          OTHER TREATMENT PLAN

     Comments:
          IM pt. with recurrent infectious scalp cyst with sinus tracts and
          abscess (chronic). Referred to Plastics by gen surg. Was seen by
          Plastics 2/24/17, no surgical intervention; recommended
          conservative treatment and f/u. Discussed in collegial with Dr.
          Ritz and Dr. Trost. Alternative plan made to evaluate on site and
          ensure that current treatment is effective at managing symptoms.
          Will re-evaluate in one month.

   From: _____
          Dedicated Utilization Management Physician

     ------------------------------------------------------------------------
2.___  Appeal Filed (Date/Time)
     a. Appeal Information



       _____
         Signature of Appellant

     b. Appealed Decision:

   From: _____
          Dedicated Utilization Management Physician

5.___  I want a second opinion of the denied appeal.
        Signature: _____  Date/Time:_____

6.___  I will re-consult upon completion of alternate medical plan, if indicated.
        Signature: _____  Date/Time:_____

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

          Foster Plaza 4 - 501 Holiday Drive - Pittsburgh, PA 15220
  877-939-2884 or 800-353-8384-Phone   412-937-9151 -Fax
              WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Menard Correctional** _____ **Center**

| Offender Information: | | |
|---|---|---|
| Doyle | Brian | ID#: B41630 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/6/17 1210P | Med Furlough Clerk Note: Pt was presented to collegial for a plastic surgery F/U. Referral denied. Dr. Ritz, Wexford UM, wants pt to be re-evaluated in early April to see if medication is working and if F/U is needed. Christa Mall Med Furlough Clerk | |
| 3/17/17 730A | Rn Note. S: 0 O: mott for Collegial Denial of Surgery. Not Seen No Provider A: mott | P) Reorder TReco |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)



ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional _____ Center

RECEIVED
AUG 17 2018

| Offender Information: | | |
|---|---|---|
| Last Name: Doyle | First Name: Brian | MI | ID#: B41630 |

| Date/Time | |
|---|---|

**Elizabeth A. Renaker-Jansen, D.O.**
PHYSICIAN AND SURGEON
340 WEST LINCOLN, SUITE 500
BELLEVILLE, ILLINOIS 62220
Phone Office: (618) 277-7400

FOR Brian Doyle

ADDRESS _____ DATE 2/24/17

℞ Doxycycline 100mg
Sig: ÷ tab po bid x 2 wks
Disp # 28

☐ MAY NOT SUBSTITUTE                              M.D.
☑ MAY SUBSTITUTE _____ M.D.
REFILL:
| NON. | TIMES | AD. LIB. |

**Elizabeth A. Renaker-Jansen, D.O.**
PHYSICIAN AND SURGEON
340 WEST LINCOLN, SUITE 500
BELLEVILLE, ILLINOIS 62220
Phone Office: (618) 277-7400

N 2
1-6/6

FOR Brian Doyle

(34)

ADDRESS _____ DATE 2/24/17

RECEIVED
DEC 11 2018
MENARD CC
GRIEVANCE OFFICE

℞ Chlorhexidine body wash
Sig: wash with smls daily to posterior scalp
Disp #1 bottle

☐ MAY NOT SUBSTITUTE                              M.D.
☑ MAY SUBSTITUTE _____ M.D.
REFILL:
| NON. | TIMES | AD. LIB. |

Distribution: Offend

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

45

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name:  Doyle, Brian                         ID# B41630

Referral Date:  4-3-17

Initial Proposed Course of Action: Your case was re-discussed in collegial for a plastic surgery follow up.

Alternative Care Recommended: Dr. Ritz, Wexford UM, has reviewed this referral and has recommended patient continue current treatment onsite.

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

Dr. Siddiqui                          M. Siddiqui                          4-10-17
Print Facility Medical Director's Name        Facility Medical Director's Signature        Date

Distribution: Offender, Offender's Medical File, and
Heath Care Unit Administrator                  (Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

4/4/17

WEXFORD HEALTH SOURCES INC.

To:        Site Medical Director & HSA
From:      Utilization Management
Date/Time: 04/04/201716:13:13

Subject:    Inmate Name:   DOYLE, BRIAN
            Inmate Number:  B41630
                    Site:   MENARD
                 Service:

                 99213    OFFICE/OUTPATIENT VISIT EST

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN
    Comments:
        IM pt. with recurrent infectious scalp cyst with sinus tracts and
        abscess (chronic). Referred to Plastics by gen surg. Was seen by
        Plastics 2/24/17, no surgical intervention; recommended
        conservative treatment and f/u. Discussed in collegial with Dr.
        Ritz and Dr. Trost. Alternative plan made to evaluate on site and
        ensure that current treatment is effective at managing symptoms.
        Will re-evaluate in one month.

  From: _____
        Dedicated Utilization Management Physician

        ----------------------------------------------------------------
2._X_ Appeal Filed (Date/Time) 04/04/2017 09:26:06
   a. Appeal Information
        Supporting information received. Case reviewed by Dr. Ritz. ATP to
        continue current treatment onsite. Return to collegial with
        worsening of symptoms.

        _____
        Signature of Appellant

   b. Appealed Decision: DENIAL 03/06/2017

 From: _____
        Dedicated Utilization Management Physician

5.___ I want a second opinion of the denied appeal.
      Signature: _____  Date/Time:_____
6.___ I will re-consult upon completion of alternate medical plan, if indicated.
      Signature: _____  Date/Time:_____

         INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

            Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone  412-937-9151 - Fax
                        WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional          Center

RECEIVED

AUG 17 2018

| Offender Information: | | |
|---|---|---|
| Doyle | Bnan | ID#: B41630 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/5/17 1220P | **Med Furlough Clerk Note:** Pt case was reviewed again for a plastic surgery FIU. Case was reviewed by Dr. Ritz, Wexford UM, and was recommended to continue current tx onsite. C Malinken, Med Ferugh Clerk | |
| 4/7/17 12²⁵ | MD Jr S/otA reviewed ATP | P: pleas schedule next 2 Wk to re-eval R. Matticks M.D. |
| | | |
| | | |

RECEIVED

DEC 11 2018

MENARD CC
GRIEVANCE OFFICE

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional          Center

AUG 17 2015

| Offender Information: | | | |
|---|---|---|---|
| Doyle | Brian | | ID#: 1341630 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/27/7 | H/o Hidradinitis | |
| | Folliculitis | |
| 140/90 | c̄ recurrent abscess | |
| 98⁷ | Previously seen by | |
| 81 | Surgeon advised | |
| 18 | Excision | |
| #230 | Desires to see surgery | |
| | O/E large skin folds | |
| | Occipital area | |
| | No active infection | |
| | Refer to collegial | |
| | [signature] | |

RECEIVED
DEC 11 2018
MENARD
GRIEVANCE O.

WEXFORD HEALTH SOURCES INC.

```
To:        Site Medical Director & HSA
From:      Utilization Management
Date/Time: 11/03/201715:47:09

Subject:   Inmate Name:    DOYLE, BRIAN
           Inmate Number:  B41630
                    Site:  MENARD
                 Service:
                  99213   OFFICE/OUTPATIENT VISIT EST
```

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
       OTHER TREATMENT PLAN
    Comments:
       IM pt. with recurrent infectious scalp cyst with sinus tracts and
       abscess (chronic). Referred to Plastics by gen surg. Was seen by
       Plastics 2/24/17, no surgical intervention; recommended
       conservative treatment and f/u. Discussed in collegial with Dr.
       Ritz and Dr. Trost. Alternative plan made to evaluate on site and
       ensure that current treatment is effective at managing symptoms.
       Will re-evaluate in one month.

From: _____
      Dedicated Utilization Management Physician

    ------------------------------------------------------------------------
2. _X_ Appeal Filed (Date/Time) 11/03/2017 10:50:37
    a. Appeal Information
       Request for Plastics F/U reviewed in collegial between Dr. Smith
       and Dr. Siddiqui.  ATP made to continue conservative management
       onsite.  Plastics recommended no surgical interventions at last
       visit.

       _____
       Signature of Appellant

    b. Appealed Decision: DENIAL 03/06/2017

From: ___Dr. Smith_____
      Dedicated Utilization Management Physician

5. ___  I want a second opinion of the denied appeal.
        Signature: _____  Date/Time: _____
5. ___  I will re-consult upon completion of alternate medical plan, if indicated.
        Signature: _____  Date/Time: _____
```

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone   412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES

*Case resolved during 8/7/18 collegial.*

*ATP'd for Chlorhexidine soap to area daily and Doxycycline x4-6 weeks.*

To:        Site Medical Director & HSA
From:      Utilization Management
Date/Time: 07/20/201815:32:45
Subject:   Inmate Name:  DOYLE, BRIAN
           Inmate Number: B41630
           Site: MENARD
           Service:
           99213   OFFICE/OUTPATIENT VISIT EST

Based upon a review of the information provided, it is my medical opinion that:

1.  The above requested service is not authorized at this time based on the following:
    OTHER TREATMENT PLAN

    Comments:
    patient with chronic folliculitis of occipital area with recurrent superactive infection.  Eval'd by Plastics 2-24-17; recommended conservative management.  No surgical intervention done at that time.

    Request for Plastics eval reviewed by Dr. Ritz.  ATP made to discuss at next collegial with current exam details.

From: _Dr. Ritz_____
      Dedicated Utilization Management Physician

-------------------------------------------------

2. Appeal Filed (Date/Time)  *8/7/18 9A*
7a. Appeal Information   *Chronic infection - evaluate for scalp surgical excision*

      _Siddiqui, M.D_____
      Signature of Appellant

From: _____
      Dedicated Utilization Management Physician

5. ___  I want a second opinion of the alternate plan.
        Signature: _____  Date/Time: _____

6. ___  I will re-consult upon completion of alternate medical plan, if indicated.
        Signature: _____  Date/Time: _____

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza 4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384-Phone   412-937-9151 -Fax
WWW.WEXFORDHEALTH.COM

*Appeal Denied ATP upheld*   *8/19/18*

WEXFORD HEALTH SOURCES INC.

```
To:       Site Medical Director & HSA
From:     Utilization Management
Date/Time: 08/03/201815:25:39                    DELIVERED  AUG 0 6 2018
```

```
Subject:    Inmate Name:   DOYLE, BRIAN
          Inmate Number:   B41630
                   Site:   MENARD
                Service:

                99213    OFFICE/OUTPATIENT VISIT EST
```

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN
    Comments:
        patient with chronic folliculitis of occipital area with recurrent
        superactive infection.  Eval'd by Plastics 2-24-17; recommended
        conservative management.  No surgical intervention done at that
        time.

        Request for Plastics eval reviewed by Dr. Ritz.  ATP made to
        discuss at next collegial with current exam details.

From: _____
      Dedicated Utilization Management Physician

-------------------------------------------------------------------

2._X_ Appeal Filed (Date/Time) 08/03/2018 09:57:54
   a. Appeal Information
        Case reviewed by Dr. Ritz.  Discussion needed. Site unable to do
        collegial discussion this week.  Plan made to discuss during
        collegial next week.

      _____
      Signature of Appellant

rom: _Dr. Ritz_____
      Dedicated Utilization Management Physician

5.___ I want a second opinion of the alternate plan.
      Signature: _____ Date/Time: _____
6.___ I will re-consult upon completion of alternate medical plan, if indicated.
      Signature: _____ Date/Time: _____
```

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
77-939-2884 or 800-353-8384 - Phone  412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INC.

To:        Site Medical Director & HSA
From:      Utilization Management
Date/Time: 08/10/201815:46:52

DELIVERED AUG 1 3 2018

Subject:   Inmate Name:   DOYLE, BRIAN
           Inmate Number: B41630
                   Site:  MENARD
                Service:
                   99213    OFFICE/OUTPATIENT VISIT EST

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN
    Comments:
        patient with chronic folliculitis of occipital area with recurrent
        superactive infection.  Eval'd by Plastics 2-24-17; recommended
        conservative management.  No surgical intervention done at that
        time.

        Request for Plastics eval reviewed by Dr. Ritz.  ATP made to
        discuss at next collegial with current exam details.

From: _____
      Dedicated Utilization Management Physician

------------------------------------------------------------------------
2. _X_  Appeal Filed (Date/Time) 08/10/2018 08:58:33
     a. Appeal Information
        Case discussed in collegial between Dr. Ritz and Dr. Siddiqui.  ATP
        made to wash area with Chlorhexidine soap daily and start
        Doxycycline x 4-6 weeks.  Conservative management already
        recommended by surgeon.

      _____
      Signature of Appellant

From: _Dr. Ritz_____
      Dedicated Utilization Management Physician

5. ____  I want a second opinion of the alternate plan.
         Signature: _____ Date/Time: _____
6. ____  I will re-consult upon completion of alternate medical plan, if indicated.
         Signature: _____ Date/Time: _____

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

           Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
377-939-2884 or 800-353-8384 - Phone   412-937-9151 - Fax
                   WWW.WEXFORDHEALTH.COM

9/26/18

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Menard CC
(Facility)

Offender's Name: Doyle, Brian          ID# B41630

Reason for Referral:  ☐ Consult     ☐ Non-Formulary Medications   ☐ Medical Equipment
                      ☐ Evaluation   ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☐ Other (specify) _____

Urgent: ☐ Yes    ☐ No

Referred to: _____

Rationale for Referral: Chronic Hydreadenitis Ocipital area — Previously operated 2009 — Has swelling Bulging Ocipital area Tender No drainage — Needs Surgry 9/26/18

Dr. M. Siddiqui                                    9/26/18
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

**Report of Referral** (Use Reverse Side, if necessary)

Findings: ATP= failed _____
_____
_____
_____

Assessment: _____
_____
_____
_____

Recommendations/Plans: _____
_____
_____
_____
_____

_____          _____          _____
Print Practitioner's Name    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_____          _____          _____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

WEXFORD HEALTH SOURCES INC.

```
To:         Site Medical Director & HSA
From:       Utilization Management
Date/Time: 09/28/201815:44:46                    DELIVERED OCT 1 1 2018

Subject:    Inmate Name:   DOYLE, BRIAN
            Inmate Number: B41630
                  Site:    MENARD
               Service:
                       99203    OFFICE/OUTPATIENT VISIT NEW
```

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN
    Comments:
        patient with chronic folliculitis of occipital area with recurrent
        superactive infection x 20 years.  Multiple draining sinus tracts.
        I&D done onsite in 1999 and 2010.  Hx of IDDM, last Alc was 8.8 on
        7-25-18.
        Eval'd by Plastics 2-24-17; recommended conservative management.
        No surgical intervention done at that time.  No improvement
        despite conservative measures including chlorhexidine soap x
        several years, daily dressing changes, multiple abx including
        mutliple trials of minocyclin, Levaquin, and Bactrim.  C&S done
        7-5-18 after Bactrim x 2 weeks showing many Proteus mirabilis, rare
        MRSA, many gram positive organisms in 3 varieties, few gram
        positive rods.  Requesting wound care clinic at St. Elizabeths
        Hospital.
        Request for Wound Care eval reviewed by Dr. Ritz.  ATP made to
        discuss with Dr. Siddiqui when he returns. Continue to treat onsite

From: _____
        Dedicated Utilization Management Physician

----------------------------------------------------------------------

2._X_ Appeal Filed (Date/Time) 09/28/2018 14:47:23
   a. Appeal Information
        Case discussed between Dr. Ritz and Dr. Siddiqui.  ATP made to
        continue to treat onsite. Currently no open areas on exam.
        Re-present for wound care telemed if wounds re-open.


        _____
        Signature of Appellant

From: ___Dr. Ritz_____
        Dedicated Utilization Management Physician

5.____ I want a second opinion of the alternate plan.
        Signature: _____ Date/Time:_____
6.____ I will re-consult upon completion of alternate medical plan, if indicated.
        Signature: _____ Date/Time:_____

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Date 8/30/18

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Menard Correctional Center
(Facility)

Offender's Name: Doyle, Brian                ID# B41630

Reason for Referral:  ☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
                      ☐ Evaluation  ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☒ Other (specify) Wound Care Center

Urgent: ☐ Yes  ☐ No

(1) Referred to: Wound Care Center to eval and treat

Rationale for Referral: Pt has occipital wound >20 years with chronic superinfection with multiple sinus tracks. Pt is an IDDM last Hgb A1C was 7-25-18 at 8.8 Last eval by a surgeon was 2/24/17 who wanted F/u.

Dr. M. Siddiqui                    Christine Lindsay FNP-C          8-30-18
Print Referring Practitioner's Name   Referring Practitioner's Signature       Date

**Report of Referral (Use Reverse Side, if necessary)**

(2) Findings: Chronic occipital infection with draining sinus track >20 years. He has had an I+D on site 1999 & 2010. He has continued to drain off + on in spite of all conservative treatment. He has daily dressing chgs with each new Ac opening. He uses chlorhexidine soap for multiple years.

Assessment: last culture from 8/14/18 recommended Doxycycline for 4-6 wks. This patient has been treated multiple times with multiple antibiotics including Minocycline, Levaquin, Bactrim last dose was Bactrim DS BID x 2wks

(3) Recommendations/Plans: See attached culture and sensitivity from wound 7-5-18

Request a wound care referral for this patient. There is a wound care center located close in O'Fallon Illinois through St Elizabeth Hosp - HSHS

Print Practitioner's Name Christine Lindsay  Practitioner's Signature Lindsay FNP-C   8-30-18
                                                                          Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Dr. M. Siddiqui
Print Facility Medical Director's Name       Facility Medical Director's Signature       Date

Distribution: Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised, Health Care Unit Administrator                        (Replaces DC 7105)

EX 1 Date 9/7/18

WEXFORD HEALTH SOURCES INCORPORATED

To:       Site Medical Director & HSA
From:     Utilization Management
Date/Time: 09/07/201815:24:39                    DELIVERED SEP 0 9 2018
Subject:   Inmate Name:  DOYLE, BRIAN
           Inmate Number:  B41630
                   Site:  MENARD
                Service:

           99203    OFFICE/OUTPATIENT VISIT NEW

Based upon a review of the information provided, it is my medical opinion that:

1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN

    Comments:
        patient with chronic folliculitis of occipital area with recurrent
        superactive infection x 20 years.  Multiple draining sinus tracts.
        I&D done onsite in 1999 and 2010.  Hx of IDDM, last A1c was 8.8 on
        7-25-18.
        Eval'd by Plastics 2-24-17; recommended conservative management.
        No surgical intervention done at that time.  No improvement
        despite conservative measures including chlorhexidine soap x
        several years, daily dressing changes, multiple abx including
        mutliple trials of minocyclin, Levaquin, and Bactrim.  C&S done
        7-5-18 after Bactrim x 2 weeks showing many Proteus mirabilis, rare
        MRSA, many gram positive organisms in 3 varieties, few gram
        positive rods.  Requesting wound care clinic at St. Elizabeths
        Hospital.
        Request for Wound Care eval reviewed by Dr. Ritz.  ATP made to
        discuss with Dr. Siddiqui when he returns. Continue to treat onsite

From: _____Dr. Ritz_____
      Dedicated Utilization Management Physician

-----------------------------------------------------------------
____ Appeal Filed (Date/Time)
  a. Appeal Information



      _____
      Signature of Appellant


From: _____
      Dedicated Utilization Management Physician

5.____ I want a second opinion of the alternate plan.
       Signature: _____ Date/Time:_____

6.____ I will re-consult upon completion of alternate medical plan, if indicated.
       Signature: _____ Date/Time:_____

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>__Menard Correctional__</u> Center

Offender Information:

Last Name: Doyle    First Name: Brian    MI: ____    ID#: B41630

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/16/18 | FNP note: Review of Pts Chart from 2/15/16 to 10/12/18 Pt Has long Documented Hx of 1. Uncontrolled BIP 2. uncontrolled blood Sugar 3. non-Compliance with ADA meds 4. non compliance with ADA Diet. 5. non compliance with ADA exercise. 6. Cont repeated infections OCcipital area > 20 years O - 1. Pt Has refused recommended lisinopril with signed refusals for years. CC BIP 9/18/15 140/88 1/11/16 160/42 4/26/16 140/88 8/27/16 146/78, 10/27/17 140/90 9/5/18 158/94 9/26/18 134/84, 10/10/18 134/80 (no meds) (cont) (Lindsey FNPC) | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** _____ Center

10/16/18

| Offender Information: | | |
|---|---|---|
| Doyle | Brian | ID#: B41630 |
| Last Name | First Name | MI |

#2

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/16/18 #2 | (3) Cont Pt Has Refused Med/Insulin Ag | |
| | 2. Uncontrolled BS 4/1/15 8.7 | |
| | 2/19/16 8.5, 3/24/17 7.8 3/21/18 | |
| | 8.9, 7/18/18 8.8. #3,4+5 | |
| | Wt 9/18/15 230 lbs 2/2/16 wt 237 | |
| | 9/29/17 246  8/28/18 235 Pts | |
| | Weight 5.7 #6 2016-2018 Wound | |
| | 2/5/16 Seen by MD Rx Minocycline | |
| | 100mg x 45 Days. 8/2/16 | |
| | Septra DS BID x 21 Days | |
| (A) | 11/1/16 Had I & D @ Collegial | |
| | Referral, Snt for Surgery | |
| | Consult, Recommended Plastics | |
| | Consult, Seen by Plastics 2/24/17 | |
| | Given Minocycline 100mg BID x | |
| | 2wks 3/6/17 Collegial Denied | |
| | Plastics F/u 4/5/17 Plastics | |
| | Denied by Collegial, | |
| | (Cont) Pg 3 | |

C. Lindsay FNP O

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

| Offender Information: | | |
|---|---|---|
| Doyle | Brian | ID#: B41630 |
| Last Name | First Name | MI |

#3

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | 10/27/17 Referral to Collegial | |
| | for Plastics Flu Denied | |
| | 4/28/18 Bactrim DS BID x 10 | |
| | Days  7/6/18 Chgd to 750mg x 3 | |
| | Levaquin. Bacteria ✓ | |
| | Susceptible to Bactrim. | |
| | 7/11/18 Referral to Collegial | |
| | for Plastics Flu for wide | |
| | excision / Drainage of area | |
| | 7/24/18 Pt was Denied. | |
| | 8/1/18 Bactrim DS BID | |
| | x 2 wks. 8/14/18 Plastics | |
| | referral Flu Denied. Dr | |
| | Ritz Recommended Doxycycline | |
| | for 4-6 wks (Tried this 2/5/16 | |
| | 2/24/17 unsuccessful) | |
| | 9/11/18 Collegial for wound  Clindamy FNP ✓ | |

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Menard Correctional__    Center

| Offender Information: | | | |
|---|---|---|---|
| Doyle | Brian | | ID#: B41630 |
| Last Name | First Name | MI | |

Pg 4

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | (cont) | |
| | Care referral was Denied | |
| | 10/3/18 On Site I&D | |
| | performed Start on | |
| | Clindamycin 300mg TID | |
| | x 10 Days. Pt Has Fallen, | |
| | In the last 2 years, minocycline | |
| | x 2 seperate times. Bactrim | |
| | 2 times Levaquin and | |
| | Clindamycin. | |
| | Pts Cultures Have Shown | |
| | multiple Different Organisms | |
| | Several Different Susceptibility | |
| | & Resistance. | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EX 1   10/18/18

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

Offender's Name: Doyle, Brian          ID# B41630

Reason for Referral:  [X] Consult      [ ] Non-Formulary Medications  [ ] Medical Equipment
[X] Evaluation      [ ] Management
[ ] Procedure/service (specify) _____
[ ] Other (specify) _____
Urgent: [ ] Yes    [ ] No

(1) Referred to: Dr Diaz General Surgeon and Wound Specialist Highland

In last 2 yrs only  IL

Rationale for Referral: Pt is a Diabetic with a chronic wound in Occipital area of head. Pt has been tx with multiple Antibiotics Including minocycline x 45 Days in 2016 Also septra DS for 21 Days in August 2016. In 2/24/17 pt was given minocycline Again for 14 Days 6/28/18 he received Bactrim BID for 10 Days And Levaquin for 7 Days 8/1/18 Bactrim x 2 wks 10/3/18 Another I+D And placed on clindamyçin

Dr. M. Siddiqui
Print Referring Practitioner's Name        Referring Practitioner's Signature        Date

Report of Referral (Use Reverse Side, if necessary)
(2) Findings:  ↓ For last 20 years  Pt has experienced a wound area back of head with cellulitis, containing multiple different Flora, the wound area has tunnelled on occasion into the Front jaw area under the skin
Pt has had multiple on site I+D + tx w Antibiotics. the list above is just From the last 2 years.

Assessment: Chronic Abscess Occipital area x 20 yrs - multi organism, multiple extended antibiotics. Previous surgical intervention Failed A T P multiple Times - recurr I+D - abscess extended

Recommendations/Plans: For Pt to be evaluated by General Surgeon
(3) DR Diaz in Highland IL who is also a wound care specialist

Christine Lindsay FNPC        Lindsay FNPC        10-18-18
Print Practitioner's Name        Practitioner's Signature        Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

[ ] Approve.

[ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Dr. M. Siddiqui
Print Facility Medical Director's Name        Facility Medical Director's Signature        Date

*EX 1   Date 10/26/18*

WEXFORD HEALTH SOURCES INC.

To:          Site Medical Director & HSA
From:        Utilization Management
Date/Time:   10/26/201815:55:17                    DELIVERED ʼʼ 2 9 2018

Subject:     Inmate Name:    DOYLE, BRIAN
             Inmate Number:  B41630
                    Site:    MENARD
                 Service:
                      99203    OFFICE/OUTPATIENT VISIT NEW

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN
    Comments:
        patient with chronic folliculitis of occipital area with recurrent
        superactive infection x 20 years.  Multiple draining sinus tracts.
        I&D done onsite in 1999 and 2010.  Hx of IDDM, last A1c was 8.8 on
        7-25-18.
        Eval'd by Plastics 2-24-17; recommended conservative management.
        No surgical intervention done at that time.   No improvement
        despite conservative measures including chlorhexidine soap x
        several years, daily dressing changes, multiple abx including
        mutliple trials of minocyclin, Levaquin, and Bactrim.  C&S done
        7-5-18 after Bactrim x 2 weeks showing many Proteus mirabilis, rare
        MRSA, many gram positive organisms in 3 varieties, few gram
        positive rods.  Requesting wound care clinic at St. Elizabeths
        Hospital.
        Request for Wound Care eval reviewed by Dr. Ritz.  ATP made to
        discuss with Dr. Siddiqui when he returns. Continue to treat onsite

From:_____
    Dedicated Utilization Management Physician

------------------------------------------------------------------------
_X_ Appeal Filed (Date/Time) 10/26/2018 13:08:28
 a.  Appeal Information
        Case reviewed in collegial between Dr. Ritz and Dr. Siddiqui.
        Blood sugars will need to be under control before patient is a
        surgical candidate.  ATP made to repeat A1c onsite and re-present
        with results.

    _____
    Signature of Appellant

From:  _Dr. Ritz_____
    Dedicated Utilization Management Physician

5.___  I want a second opinion of the alternate plan.
       Signature: _____  Date/Time:_____
6.___  I will re-consult upon completion of alternate medical plan, if indicated.
       Signature: _____  Date/Time:_____

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Doyle          Brian          _____  ID#: 641630
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 845 AM 10/12/18 | FNP note: Discussed wound Care + culture results | P- Conference w collegial Continued Denial Re |
| | S- cont wound tx compliance c̄ Antibiotic | Plastics / wound Care for extension ICD in |
| | Pt requests single cell 2° to pts cellmate | location Suitable for this. Request Single cell |
| | ⊘ clearly cont Drainage mild | F/u c̄ FNP- nc in 1wk |
| | wound care by nsg | |
| | A- Soft tissue wound Cellulitus Sebaceous | |
| | Cyst | Clindsay FNP C |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

Offender information:

_Doyle_ _____ _Brian_ _____ ID#: _B41630_
Last Name            First Name            MI

| Date/Time | RN note: Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/16/18 8° | S) OP dressing Δ | P) CPM |
| | O) Posterior scalp cleansed | |
| | c̄ betadine & NS. φ drainage | |
| | ⊕ tenderness/swelling | |
| | A) OP | auble |
| 10/17/18 8° | RN note: S) OP dressing Δ | P) CPM |
| | O) Posterior scalp cleansed | |
| | c̄ betadine & NS. φ drainage | |
| | ⊕ tenderness/swelling | |
| | A) OP | auble |
| 10/18/18 8° | RN note: S) OP dressing Δ | P) CPM |
| | O) Posterior scalp cleansed | |
| | c̄ betadine & NS. φ drainage | |
| | ⊕ tenderness/swelling | |
| | A) OP | auble |

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional                Center

A - 10/19/18

| Offender Information: | | |
|---|---|---|
| Doyle | Brian | ID#: B 41630 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/19/18<br>8:30 AM<br>132<br>90<br>16<br>76<br>wt. 243 | O D noti<br><br>Chronic abscess — Had<br>incision — drained but now<br>has stopped drainy<br>off antibiotics<br>Represent to collegial<br>for wound care clinic<br>AD Possibly<br><br>Lft Deep | <br><br><br><br><br>Need Skin flap<br>cleaned<br><br>Siddiqui MD |
| 10/19/18 at 8:35 AM<br>Noted M Oakley Cii LPN | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

Offender Information:

Doyle (Last Name)    Brian (First Name)    MI    ID#: B41630

| Date/Time | Note - Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/19/18 0800 | S) OP dressing Δ | P) CPN |
| | O) Posterior scalp cleansed ē betadine + N.S. ō drainage | |
| | ⊕ tenderness/swelling | (illegible signature) |
| | A) OP | |
| | | |
| 10/20/18 11A | CMt NOTe | |
| | S Scheduled op head cleaning. | P Cont op head cleanings |
| | O/a cleaned back of head w/ N.S. Small open area -- ō discharge | |
| | from area at this time. ō S/S of infection | √ Cockium out |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

**Menard Correctional** Center

RECEIVED

AUG 1 7 2018

| Offender Information: |
|---|
| Daylo          Brian          ID#: B41630 |
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/11/18 | MD Note | |
| | Chronic Hiradenitis Folliculitis | |
| Wt 237 | for 20 yrs | |
| 138/86 | Had drainage 1999 and | |
| 98 | again 2008 or 2010 | |
| 97% | Chronic infection c̄ Chronic | |
| 20 | drainage - Has been on antibiotics | |
| | C + S ✓ MRSA | |
| | O/E Bulging area of Occipital | |
| | Scalp area c̄ scar  NO | |
| | drainage noted  Non Tender | |
| | Refer to collegial → | |
| | to consider wide excision ? | |
| | Siddiqui MD | |
| | Noted drowened 7/11/18 | |

RECEIVED
APR 1 8 2019    DEC 1 1 2018
ADMINISTRATIVE MENARD CO
REVIEW BOARD GRIEVANCE OFFICE

Distribution: Offender's Medical Record

8

Printed on Easy

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Date 11/06/18

Repeat treatment

| Offender Information: | | |
|---|---|---|
| **Doyle** | **Brian** | **B41630** |
| Last Name | First Name     MI | ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/30/18 3:02 pm | **Medical Furlough Clerk Note:** Patient was presented in collegial on 10/25/18 by Dr. Siddiqui to Dr. Ritz, UM Wexford, for a wound care evaluation. This referral has not been approved at this time.  Dr. Ritz would like an ATP made to repeat Alc onsite and re-present with results. *E. Prange* E. Prange – Med Furlough Clerk | |
| 8:50 am 11/06/18 | FNP note S Infection worse now in face Again x 3 days last IVD only helped x1 wk Has had Alc repeated O Edema jaw cheek + buch for of Head c Erythema un to touch mild A Infection Face + Head | P- admit to infirmary Meropenem 500 mg IV q 8hrs infuse 15-30 min x 5 days Levaquin 750mg dly x 5dys Collegial again F/u Referral Ref Dr Shaw Cindy FNP |

Current Infirmary Progress Notes

**Menard Correctional** Center

Offender Information:

Last Name: Doyle    First Name: Brian    MI: ___    ID#: B41630

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/18 1045am | *DOCTOR INFIRMARY ADMISSION NOTE* | PLAN: |
| | By: (Circle one): MD NP PA DDS Licensed Mental Health Professional | VITAL SIGN PREQUENCY: per protocol |
| | ACUTE    CHRONIC | |
| | *SUBJECTIVE:* | DIET: Regular Diet |
| | HISTORY: Chronic Soft tissue infection > 20 years occipital area now expanded into cheeks + jaw last I+D 10-3-18 c̄ Dr Shaw + onsite Antibiotics | ACTIVITY: up ad lib |
| | DURATION: ↑ edema last 3 Days | MEDICATION ORDERS: Cont All previous meds + Insulin Start meropenem 500mg IV q 8hrs infuse over 15-30 min x 5 Days |
| | *OBJECTIVE:* | |
| | PHYSICAL EXAMINATION: (+) erythema mild c̄ edema occipital area of head c̄ extension tracking into cheeks jaw around ears bilaterally pt just completed Clindamycin started p I+D | Levaquin 750mg po DIY x 5 Days |
| | CURRENT CONDITION: on 10/3/18 | OTHER ORDERS: CBC c̄ Diff, CMP Ref to Dr Shaw for poss I+D hes Next Clinic |
| | OTHER MEDICAL CONDITIONS: Diabetes HTN | |
| | *ADMITTING DIAGNOSIS/ASSESSMENT* Soft tissue infection Occipital facial area | Lindsay FNP-C [signature] |

Distribution: Offender's Medical Record    Printed on Recycled Paper    DOC 0085 (Eff. 9/2011) (Replaces DC)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

## Menard Correctional Center

| Offender Information: | | |
|---|---|---|
| Doyle *Last Name* | Brian J. *First Name* | *MI* | ID#: B41630 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/7/18 340A | **RN Note** | **Plan:** Continue to monitor patient. |
| | S: (Chief Complaint) ∅ | Blued to lab |
| | O: BP _All P flour R Sheet_ | |
| | SPO2 ____ % RA  Wt. ____ | |
| | Mental Status: A+O x 3 | |
| | PERRLA: ✓ | |
| | Heart: HRR | |
| | Circulation: ⊕ | |
| | Radial Pulses ⊕   Pedal Pulses ⊕ | |
| | Skin (Circle): (Warm) Cool Moist (Dry) Pink Pale | |
| | Lungs: CTA lil | |
| | Abdomen: soft BSx4 | |
| | Bladder: voids | |
| | Wounds: ∅   Dressing: | |
| | Pain: Scale "1-10" ∅   Location: | |
| | S.L. (R) hand 3 redness or edema | |
| | Diagnosis Based Assessment: IUPB infuses | |
| | 5 difficulty - ACV WNL. CBC c | |
| | diff + a-1P drawn x 1 | |
| | c attempt | |
| | A: Nursing Diagnosis all in comfort | Nurse's Signature: Pam Hannette |

DOC 0085 (Eff. 9/2002) (Replaces DC 714)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

<u>Menard Correctional</u>    Center

**Offender Information:**

Last Name: Doyle    First Name: Brian    MI: ___    ID#: B41630

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/7/18 12p | **RN Note** | **Plan:** Continue to monitor patient. |
| | S: (Chief Complaint) | |
| | Ø complaint voiced | |
| | O: BP Dee flow R ___ T ___ | |
| | SPO2 ___ %RA Wt. ___ feet | |
| | Mental Status: A+O x3 | |
| | PERRLA: = | |
| | Heart: RRR | |
| | Circulation: ⊕ | |
| | Radial Pulses ⊕    Pedal Pulses ⊕ | |
| | Skin (Circle): Warm Cool Moist Dry Pink Pale | |
| | Lungs: CTA bilat | |
| | Abdomen: Soft Ø tender BS activex4quads | |
| | Bladder: S/R voids diff | |
| | Wounds: Ø    Dressing: Ø | |
| | Pain: Scale "1-10" Ø    Location: Ø | |
| | Diagnosis Based Assessment: S.I. to R hand | |
| | free from redness, warmth | |
| | or edema IVPB Meropenem | |
| | infused per order ō diff. | |
| | A: Nursing Diagnosis Alt in comfort | |
| | | Nurse's Signature: A Molla |

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

Menard Correctional        Center

Offender Information:

Doyle,        Brian        ___  ID#: B41630
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/12/18 7:00 am | FNP note: Soft tissue infection | P- will cont Meropenem |
|  | Pt had Dose of Levaquin | 500 mg IV q 8hrs x 5 More |
|  | + Meropenem yesterday | Days + Levaquin 750 mg |
|  | So pt continues to have | po Dly x 3 more days |
|  | mild - mod edema in |  |
|  | occipital area & around |  |
|  | ears. facial edema gone. |  |
|  | tissue has softened but |  |
|  | cont's some areas of |  |
|  | hardened cystitis cystic |  |
|  | bumps at base of head. |  |
|  | pt remains afebrile |  |
|  | & erythema |  |
|  | A Soft tissue infection | Lindsay FNP-C |
|  | c trucking | 11-12-18 |
|  |  | Noted |

_____ Menard Correctional _____ Center

**Offender Information:**

Doyle                Brian                    ID#: B41630
Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/12/13 12p | RN NOTE <br><br> S: (Chief Complaint) <br><br> Ø complaints voiced <br><br> O: BP_____ P___ R___ T___ <br> SPO2 _See flow Sheet_  %RA W <br><br> Mental Status A+O x3 <br><br> PERRLA: Ⓔ <br><br> Heart: RRR <br><br> Circulation: ⊕ <br><br> Radial Pulses ⊕  Pedal Pulses ⊕ <br><br> Skin (Circle): (Warm) Cool Moist (Dry) Pink Pale <br><br> Lungs: CTA bilat <br><br> Abdomen: Soft Ø tender. BS active x 4 quads <br><br> Bladder: S/P voids c̄ diff <br><br> Wounds: Ø  Dressing: Ø <br><br> Pain: Scale "1-10" Ø  Location: Ø <br><br> Diagnosis Based Assessment: 22G angio remains <br> patent @ ↑ forearm. Meropenem 500mg <br> ivan per MAR s̄ diff. No redness, <br> warmth or edema noted to <br> site. I/m tolerated well. <br><br> A: Nursing Diagnosis  (Alt in skin <br><br> integrity | Plan: Continue to monitor patient. <br><br><br><br><br> Nurse's Signature  A. Molek |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
Replaces DC 714")

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional          Center

| Offender Information: | | |
|---|---|---|
| Doyle | Brian | ID#: 841630 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/14/18 | MD Note | |
| 630 | Stable — | |
| | Discussed c̄ Lindsay NP | |
| | to cut antibiotics | |
| | → Chronic Infection/Chronic abscess | |
| | Occipital area (Hidradenitis?) | |
| | → To file appeal | |
| | and Resubmit collegial | |
| | for poss surgical | |
| | Intervention | |
| | | Siddiqui MD |
| | | Noted [signature] 11/14/18 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Offender Infirmary Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: Doyle    First Name: Brian    MI:    ID#: B41630

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/19/18 110 AM | RN NOTE<br><br>S: (Chief Complaint) None<br><br>O: BP 124/80 P 88 R 16 T 97<br>SPO2 100 % %RA Wt.<br>Mental Status AO x3<br>PERRLA: =<br>Heart: RRR<br>Circulation: +<br>Radial Pulses + Pedal Pulses +<br>Skin (Circle): (Warm) Cool Moist (Dry) Pink Pale<br>Lungs: CTA Bil<br>Abdomen: Soft Non-tender<br>Bladder: Voiding<br>Wounds: 0 Dressing: 0<br>Pain: Scale "1-10" 0 Location:<br><br>Diagnosis Based Assessment:<br>Saline lock flushed c diff<br>antibiotic infused c diff<br>per M.D. order. Denies<br>CO<br><br>A: Nursing Diagnosis<br>Alt in skin integrity | Plan: Continue to monitor patient.<br><br>Nurse's Signature _____ |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
Replaces DC 7447

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Doyle                    Brian                    ID#: 641630
Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 420pm 11-16-18 | FNP - note Soft tissue | P - layin until completes |
| | infection c induration | the Levaquin |
| · | + tracking | See Dr Shaw Sunday. |
| | S - "it is so much better" | + D/c from Infirmary |
| | feeling better. | Cont Levaquin an additional |
| | O - Occipital edema. | 5 Day p last DOSE from |
| | Sign improved & | order 11-12-18 |
| | erythema tissue softer | F/u this FNP Next un |
| | facial edema gone. | for Collegial appeal |
| | & Drainage | to See Gen Surgeon |
| | A - Soft tissue infection | c wound Specialist |
| | c induration/tracking | Clindsay FNP |
| | | 11-16-18 |
| | | Noted Dawn Harmon |
| | | 11/12/18 |
| | | 1800 |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ **Menard Correctional** _____ Center

| Offender Information: | | | |
|---|---|---|---|
| _Doyle_ | _Brian_ | | ID#_B41630_ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | RN Note | |
| 11/17/18 7pm | Called M. Shah re security needed a room so offender d/c 1 day early —— A. d/c —————— | P. OK to d/c back to cell house today. fer Wed. —— TO M. Shah/RN Hannah * [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Doyle | Brian | ID#: B41630 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1130am 12/11/18 | FNP note: Return of | Rec ATP on 8/14/18 |
| 235 | Soft tissue infection | will dry Doxycycline |
| 89 | occipital area noncomp | again x4wk |
| 122/78 | c̄ Diet + exercise Has lost ins. | was Recently tx c̄ |
| | 5 -(+) ↑ of edema c̄ | |
| 97.8 | tissue hardening -NO | IV nerapanin |
| | pain having occasional | + Levaquin |
| | discharge in old x lwn | Collegial approval |
| | tissue edema in face | lubrodum BID PRN x145 |
| | mild STT remains | |
| | afebrile C6nt dry skin | |
| | A - Soft tissue | |
| | Infection Chronic | Clindsey FNP c̄ |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
# Medical Special Services Referral and Report

12-11-18

Menard Correctional Center
(Facility)

Offender's Name: _Doyle Brian_    ID# _B41630_

Reason for Referral:    ☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
                        ☐ Evaluation    ☐ Management
                        ☐ Procedure/service (specify) _____
                        ☐ Other (specify) _____

Urgent: ☐ Yes    ☐ No

Referred to: _General Surgeon Highland Clinic_

Rationale for Referral: _Another appeal following appeal denial from_
_10-26-18. Since Nov 10/16/18 pt was placed on Meropenem 500m IV q 8hrs_
_x 10 days, Levaquin 750m PO DIY x 15 days. Symptoms_
_improved significantly + pt DL'd 11-20-18 - pt had return of_
_symptoms/cough on 12-5-18 eval on 12-11-18 started Doxycycline pod_

Dr. M. Siddiqui                    _Christine Lindsay FNP-C_    _12-11-18_    _x 4wks_
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

### Report of Referral (Use Reverse Side, if necessary)

Findings: _Last HgbA1C 11-5-18 9.1 pt remains on NPH 9% (70/30)_
_30 units BID_

Assessment: _____

Recommendations/Plans: _____

_____
Print Practitioner's Name         Practitioner's Signature         Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Dr. M. Siddiqui
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and         Page 1 of 1         DOC 0254 (Eff.4/2007)
if denied/revised, Health Care Unit Administrator                            (Replaces DC 7105)

12/17/18

WEXFORD HEALTH SOURCES INCORPORATED

```
To:       Site Medical Director & HSA
From:     Utilization Management
Date/Time: 12/17/201816:00:50                    DELIVERED DEC 1 8 2018
Subject:   Inmate Name:   DOYLE, BRIAN
           Inmate Number:  B41630
                    Site:  MENARD
                 Service:
                   99203   OFFICE/OUTPATIENT VISIT NEW
```

Based upon a review of the information provided, it is my medical opinion that:

1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN

    Comments:
        12-14-18 Received request for gen surg eval for a patient with
        chronic folliculitis of occipital area with recurrent superactive
        infection x 20 years. Multiple draining sinus tracts. I&D done
        onsite in 1999 and 2010. Hx of IDDM, A1c was 8.8 on 7-25-18. Eval'd
        by Plastics 2-24-17; recommended conservative management.  No
        surgical intervention done at that time. No improvement despite
        conservative measures including chlorhexidine soap x several years,
        daily dressing changes, multiple abx including mutliple trials of
        minocyclin, Levaquin, and Bactrim.  Discussed in collegial with Dr.
        Ritz and Dr. Siddiqui and agreed to ATP for better A1C control
        (latest A1C 9.1 on 11/5/18), and doxycycline x 3-4 months. There is
        no obvious abscess.

    From: _____ Dr Ritz _____
          Dedicated Utilization Management Physician

---------------------------------------------------------------------

2. ___ Appeal Filed (Date/Time)
    a. Appeal Information




       _____
       Signature of Appellant


    From: _____
          Dedicated Utilization Management Physician

5. ___ I want a second opinion of the alternate plan.
       Signature: _____ Date/Time:_____

6. ___ I will re-consult upon completion of alternate medical plan, if indicated.
       Signature: _____ Date/Time:_____
```

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Date 3/22/19
Appeal Granted

**WEXFORD HEALTH SOURCES INC.**

To: Site Medical Director & HSA
From: Utilization Management
Date/Time: 03/22/201915:52:15

DELIVERED MAR 2 5 2019

Subject: Inmate Name: DOYLE, BRIAN
Inmate Number: B41630
Site: MENARD
Service:

99203    OFFICE/OUTPATIENT VISIT NEW

Based upon a review of the information provided, it is my medical opinion that:
1.  The above requested service is not authorized at this time based on the
    following:
       OTHER TREATMENT PLAN
    Comments:
       12-14-18 Received request for gen surg eval for a patient with
       chronic folliculitis of occipital area with recurrent superactive
       infection x 20 years. Multiple draining sinus tracts. I&D done
       onsite in 1999 and 2010. Hx of IDDM, A1c was 8.8 on 7-25-18. Eval'd
       by Plastics 2-24-17; recommended conservative management.   No
       surgical intervention done at that time. No improvement despite
       conservative measures including chlorhexidine soap x several years,
       daily dressing changes, multiple abx including mutliple trials of
       minocyclin, Levaquin, and Bactrim.   Discussed in collegial with Dr.
       Ritz and Dr. Siddiqui and agreed to ATP for better A1C control
       (latest A1C 9.1 on 11/5/18), and doxycycline x 3-4 months. There is
       no obvious abscess.

From:
       Dedicated Utilization Management Physician
_____

2. _X_ Appeal Filed (Date/Time) 03/22/2019 12:07:49
   a.  Appeal Information
       Case reviewed by Dr. Meeks. Approved for Gen Surg Eval.

       Auth 807628522

       Signature of Appellant
       _____

From: _Dr. Meeks_____
Dedicated Utilization Management Physician

5. ___ I want a second opinion of the alternate plan.
      Signature: _____  Date/Time: _____
6. ___ I will re-consult upon completion of alternate medical plan, if indicated.
      Signature: _____  Date/Time: _____

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone  412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

## Facility Information    B41630

| Service Area | Address | City | State | Zip Code |
|---|---|---|---|---|
| HSHS IL | 4936 LaVerna Road | SPRINGFIELD | IL | 62707 |

PERFORMING DEPT: St. Joseph's Ultrasound

## Patient Information

| Patient Name | Sex | DOB | Home Phone |
|---|---|---|---|
| Doyle, Brian (58559881) | Male | 9/19/1968 | 999-999-9999 |

## Order Information

| Order Date | Study Date | Ordering Provider |
|---|---|---|
| 6/20/2019 | 6/20/2019 | DIAZ, JOSE A |

# Results

US SOFT TISS HEAD OR NECK (Order 166204511)

## Additional

| Details | Routing |
|---|---|

### 6/20/2019 10:27 AM - User, Interface883307

## Result Info

| Result Status | Authenticating Provider | Date | Time |
|---|---|---|---|
| **Final result** | GELMAN, MIGUEL A | 6/20/2019 | 10:26 AM |

## Study Result

IMAGING STUDIES: US SOFT TISS HEAD OR NECK

DATE: 6/20/2019 9:41 AM

COMPARISON STUDIES: No previous exams available

CLINICAL HISTORY: cyst- to determine depth   . Occipital region, scalp.

FINDINGS:

Real-time ultrasound examination performed by the ultrasonographer
demonstrates:

Within the occipital scalp and base of the neck, this is a year of
subcutaneous heterogeneous fluid, located 9 mm from the skin surface,
extends horizontally for 16 cm and cephalocaudal dimension of 5.3 cm, has a
maximum thickness of 8 mm.

IMPRESSION:

1.  Subcutaneous fluid collection within the occipital scalp as described
above, differential diagnosis include seroma versus hematoma versus

recurrent abscess.

Electronically Signed By: Miguel Gelman on 6/20/2019 10:26 AM
Interpreted By: Miguel Gelman, 6/20/2019 10:23 AM

## Imaging

US SOFT TISS HEAD OR NECK (Order: 166204511) - 6/20/2019

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| What Hospital Division will the patient go to for their test | HSHS SID | |
| What site in HSHS SID will the patient want their study/test? | SJH - St. Joseph - Highland | |
| Related History and Symptoms: | cyst | |
| Is this being ordered for post thyroid cancer? | No | |
| If ordered to evaluate a lump, please specify the location. | back of neck/head | |
| Reason for Exam | cyst- to determine depth | |

## Transcription Short Report

US SOFT TISS HEAD OR NECK (Order #166204511) on 6/20/19

## Reason For Exam                                          Priority: Routine

cyst- to determine depth

Dx: Follicular cyst of the skin and subcutaneous tissue, unspecified [L72.9 (ICD-10-CM)]

Result Routing Audit Trail

## Technologist Name

LUEBBERS, LAUREN M

## Order Transmittal Tracking

US SOFT TISS HEAD OR NECK (Order #166204511) on 6/20/19

## Reprint Report

US SOFT TISS HEAD OR NECK (Order #166204511) on 6/20/19

Doyle, Brian (MR # 58559881)

Encounter Date: 06/20/2019

*Exhibit TWO*

JB Pritzker
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    February 13, 2019

TO:      Offender Brian Doyle, B41630

FROM:    Angela Crain, RN Director of Nurses

SUBJECT: Collegial Appeal

Offender Doyle B41630 I am in receipt of your letter and as the acting HCUA I submitted a collegial appeal that included your history regarding your medical issue to Dr. Meeks, State Medical Director.  Dr. Meeks, State Medical Director agrees that you need definitive treatment.  Once we receive the authorization number from Wexford you will be scheduled with the general/plastic surgeon.

_____
Dr. Siddiqui, Facility Medical Director

*Angela Crain RN DON*
Angela Crain, RN Director of Nurses

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Exhibit Three



**Wexford Health**
SOURCES INCORPORATED

January 11, 2019

Mr. Brian Doyle #B41630
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Subject:    <u>Your Recent Letter</u>

Dear Mr. Doyle:

We are in receipt of your recent letter.

Please remember to follow the established sick call process and grievance procedure at the facility to have your medical concerns addressed.

Please be assured that the medical staff at Menard C.C. is comprised of qualified and dedicated professionals who are there to assist your medical needs.

Very truly yours,

**Wexford Health Sources, Inc.
Risk Management Department**



September 21, 2018

Mr. Brian Doyle #B41630
P.O. Box 100
Menard, IL 62259

Subject:    <u>Your Recent Letter</u>

Dear Mr. Doyle:

We are in receipt of your recent letter.

Please remember to follow the established sick call process and grievance procedure at the facility to have your medical concerns addressed.

Please be assured that the medical staff at Menard is comprised of qualified and dedicated professionals who are there to assist your medical needs.

Very truly yours,

**Wexford Health Sources, Inc.**
**Risk Management Department**

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

E-1-E9

| Date: 8-17-18 | Offender: (Please Print) BRIAN Doyle | ID#: B41630 |
|---|---|---|
| Present Facility: MENARD CORR CENTER | Facility where grievance issue occurred: MENARD CORR CENTER | |

AUG 17 2018

327-8-18

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☒ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
　　　　　　　　　　Date of Report　　　　Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　Chief Administrative Officer, only if EMERGENCY grievance.
　　Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from
　　another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON 6-27-18 I informed my gallery officer c/o Lindsey (1gallery west House) I was Having problem with my HEAD. AT THE TIME THE ENTIRE Left SiDe of My face And HEAD was Swollen c/o Lindsey Related THE INCIDENT To Sgt Smith who CALL THE H.C.U Before sending Me OVER THERE. THE H.C.U Refused TO TREAT Me saying THEY ARE AWARE of My problem with My HEAD Because it is A CHRONIC problem And TOLD Sgt smith THAT I would BE PUT on SicK CALL However My HEAD HAD NEVER BEEN THAT Swollen And without BEEN EXAMINED By No oNE, Sgt Smith Said He informed THEN on How BAD it was!

Relief Requested: first A BRE mAN Cell so me and me shit I CAN KEEP THE Hole Clean (2) To HAVE SURGERY on My HEAD =(3) OR TRANSfered Lincoln CORRCenTER OR Dixon CORRCENTER which HAS A VERY Good H.C.U

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Brian Doyle_　　　　　B41630　　　　08/14/2018
Offender's Signature　　　　　ID#　　　　　　　Date

(Continue on reverse side if necessary)

RECEIVED

| **Counselor's Response (if applicable)** | DEC 11 2018 |

Date Received: 8/20/18   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: See attached response from Healthcare.

C. Richmond　　　　　_C Richmond_　　12/3/18
Print Counselor's Name　　　Counselor's Signature　　Date of Response

RECEIVED
APR 18 2019
ADMINISTRATIVE
REVIEW BOARD

| **EMERGENCY REVIEW** | |

Date Received: ____/____/____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　　　　　　　____/____/____
Chief Administrative Officer's Signature　　　　　　　　Date

LATER THAT DAY while Doing HER Round's for INSulin Around 1:00 pm (Nurse) HEATHER McGee ASK Me to Turn AROund And SHow HER MY Head so SHe CAN Get A visual, Puss SHOT out MY Head RAN DOWN MY Neck (witness of Lindsy imate people who WAS MY cellmate at THe time) HoweVER I WAS Refuse treATmenT Again And WAS Told SHe WAS going Right AWAY A Let H.C.U KNow THAT I Needed To SEE A Doctor!

ON THe SAme DAY AROund 8:00 pm A NURSE CAme to MY cell And Inform Me THAT I would Be puT on SicK cAll for THe NexT MORNing And THAT NURse practitioner MoldenHouse HAd ordered AntiBiotics for Me, And I informed HER THAT I HAD NOT EVEN Been EXAmined By ANybody to Be ordered Med's THEN I SHowed HER MY Head And How Bad puss WAS Running OuT yet Again SHe Did NOTHing (And ONCE Again (Violating MY Eighth ABeNendmenT RightS under THE United States Constitution ON 6-28-18 I WAS SEEN By NURse Nichtole WHo Made THe Attempt To DRAIN THe puss from MY Head, THE puss WAS to Much for HER IN THAT Small SicK cAll Room And AT THAT point SHe cAlled H.C.U Requesting THAT I BE TAKen to THE H.C.U AT THe HCU I WAS SEEN By first Aid NURSE WHo finish pussHing A COT of puss from MY Head THE NURSe Also GatHer A SAmple, And LATER wHEN I GOT Back from H.C.U. WAS WAS informe THAT I WAS moving (RetaliAtion) from THe fuss THAT WAS puT up wHEN THEy Told Me I WAS NOT going to SEE THE Doctor THE DAy Before Several DAy LATer A NURSE CAme to THe Cell And Told me THAT I WAS Diagnosed for THE infection MRSA Which is A Very Contagious infection

THis All started from THe SweaT GlAn's TRApping THE HAir under MY SKull, year's Ago in StateVille (2000) I HAd A Bump IN THE Back of MY HEAD THE Doctor MY An incision IN MY Head pulled THE HAir And pack it And it closed. I WAS TRANSferd To Menard IN 2005 And THE Bump started Coming Back THE End of 2008-2009 I informed HCU And ONCE Again THEy MAde A Small incision DRAin it But THis TIme THE Hole Did Not closed (yes I Had A Small Hole in MY Head Since 2009) But it did NOT Bother Me so I SAid forgot it IN 2016 I informed H.C.U THAT I WAS HAVing A Big problem Because THE Bump HAd Gotten out of And And WAS starting to Bother THE WAy I SleeP I WAS only Getting 2-3 Hours A DAy I WAS in THAT Much pain

CON: NexT page

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** RECEIVED

| | | | |
|---|---|---|---|
| Date: 8-14-18 | Offender: (Please Print) BRIAN Doyle | AUG 17 2019 | ID#: B41630 |

| Present Facility: MENARD CORR CENTER | Facility where grievance issue occurred: MENARD CORR CENTER |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Other (specify):

☐ Disciplinary Report: _____ / _____ / _____
Date of Report                                      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: RECEIVED

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I WAS PUT IN TO SEE DR. TROST, WHO AT THE TIME
NOTICE THE Hole WAS Leaking And ordered Dressing CHANGES
And put Me in TO SEE A SURGEON WHICH Told Him THAT I
Needed SURGERY But WAXFORD DENIED Me SURGERY SAYing TO
CONTINUE TREATMENT ON Site
LATER THAT year I WAS Sent to SEE A SURGEON Again WAXford
Denied SAYing CONTINUE TREATMENT ON Site
NURSE SOUTH THEN is toem THEM THAT THE puss COMing out
of My HEAD MIGHT Be MRSA And I Still Did NOT GOT
THE CARE I Needed

Relief Requested: fiRST A ONE MAN Cell So I CAN Keep My Hole Clean (2nd) TO
HAVE SURGERY ON My HEAD 3Rd OR TRANSfered to LINCOIN OR DIXON
CORRectiONAL CENTER's WHICH HAS VERY Good H.C.U.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

_Brian Doyle_                                      B41630        08, 14, 2018
Offender's Signature                              ID#              RECEIVED Date

(Continue on reverse side if necessary)                    DEC 11 2018

| **Counselor's Response (if applicable)** | MENARD CC GRIEVANCE OFFICE |
|---|---|
| Date Received: _____ / _____ / _____ ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: _____ / _____ / _____ Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature                              _____ / _____ / _____ Date

RECEIVED
APR 18 2019
ADMINISTRATIVE
REVIEW BOARD



ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I AM Currently Diagnosed for The infection MRSA.
WHicH is Very Contagious THis is AN ongoing problem
with A Hole in my Head it very easy for Any Kind of
Germs To Get into My Head And THAT is Just WHAT HAPPEN
@ I AM Getting to old And CAN NOT DEAl with THE pain
Like I Could WHEN I WAS younger
And THis could possible Get worse if it Get into My
Blood stReen. And By people NOT WANTing to DO THEir
JoB it Also Get very Dangeous for My Cellie. with A
Hole in My Head THAT HAS TURN TO MRSA TWice (2016 * 2018
I SHould NOT Have A Cellie we HAS TO sHARe A SinK in
WHich I Have to worry About NOT JUST His Germ's BuT Mine
Too.

He WAsHes His Cloths Brushes His teeth wasHes His Hands.
After using The toilet tree And washes His Bowel Bool's
Lot's of THing's THAT is UNSanitary And Very Dengerous for
Me So DR Siddiqui WAS Treating to Help By Giving me
Dressing cHAnges Daily BuT Nurse Angie WAtER Decided
on HER Own THAT I Did NOT need it And THAT I could
DO it MySelf well if INmates could DO Medical work Them-
selves we would NOT need Nurses Like HER.
THE DR. ordered THis Because He THought I Needed it
SHe is No Doctor SHe came to my cell And Told Me SHE
WAS NOT going to clean my HEAd THAT THEy Give me CHLORHEXIDINE
SHe will Give me COTTON SwaB And I CAN DO it MySelf. I inform
HER THAT I WAS ON THAT And I Still got MRSA, Because
I Have A Hole in my HEAd And sHARing A sink with SomeBody
And in order to keep it CleAN THe Doctor ordered Dressing
Cleaning And it seem SHe is THe only one with THE problem
of Cleaning my Head, THEir ARe A few Solation one move me
out of THe cellHouse SHe is working (2) Give Me A one MAN cell
THAT WAy I Know I SHould NOT Get Infected Again
oR (3) Put Me A sHower oN THe Gallery And THEy DO NOT Have sHower
on The gallery in The EAST House And if you Give me A sHower oncE oR
every DAY So I CAN clean my Head THE C/o's is going STArt
complaining.
My problem is I AM Afraid THAT My Cellie ~~cellmate~~
Could Got infected it is AlReady COUSing confusion Between
US to THe point we DO NOT TAlK to one AnotHER! BuT My Right's
HAS Been Violated During All THis
EXHiBit's AttacH
30 you CAN See How Long
I Have BEEN DEAling with THis And if you cHeck my files
iT Goes BAcK further!



Bruce Rauner
Governor

John Baldwin
Acting Director

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:    December 1, 2018

TO:    Clara Richmond, Correctional Counselor

FROM:    Angela Crain, RN Director of Nurses

SUBJECT: Grievance #327-8-18 Doyle, Brian B41630

Dr. Siddiqui and I are in receipt of the grievance for Offender Brian Doyle B41630 Grievance #327-8-18 dated 8/14/2018 concerning medication treatment. The offender reports that he has ongoing issues with a "hole" in the back of his head since year 2000. I have reviewed the offender medical record and the first recent complaint of the area swelling on the back of his head was noted on 06/27/2018. The nursing documentation in the offender medical record indicates that the nurse assigned to the offender's cell house was completing the dressing change. The offender was admitted to Menard Infirmary on 11/06/2018 for treatment of the infected area. The offender was discharged from the infirmary on 11/17/2018. The offender continued to have issues with this area until 11/27/2018 at which time NP Lindsay discontinued the daily dressing change due to the area being closed. NP Lindsay has continued the hibiclens wash to the area daily. The offender should report any change to this area to the nurse assigned to his cell house via nurse sick call.

Dr. Siddiqui, Facility Medical Director

Angela Crain, RN Director of Nurses



RECEIVED
APR 1 8 2019
ADMINISTRATIVE
REVIEW BOARD

RECEIVED
DEC 1 1 2018
MENARD CC

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

E-1-05

ILLINOIS DEPARTMENT OF CORRECTION
**RESPONSE TO OFFENDER'S GR**

| | **Grievance Officer's Re** | |
|---|---|---|

Date Received: 12/11/2018        Date of Review: 04/02/2019        Grievance # (optional) 327-8-18

Offender: _le, Brian        ID#: B41630

Nature of _ance:

Medical - Treatment Of Hole In Head

**Facts Reviewed:**

Grievance dated 8-14-18

Offender grieves cell house staff contacted the Health Care Unit on his behalf on 6-27-18 regarding swelling to his face and head and was told he would be placed on sick call. Offender states he showed his head to the nurse later while she was making afternoon rounds and again later that night. Offender was advised he was on sick call for the next day and the NP ordered antibiotics. Offender was told he had MRSA. Offender refers to the history surrounding his head issues.

Offender attached 54 pages (renumberd by Grievance Office for tracking as attachments).

Relief requested: One man cell, surgery, transfer.

Counselor received and forwarded to the Health Care Unit for review and reply. The Health Care Unit advised the following in a response memo dated 1-29-19: Offender was referred (8-10-18) and not approved by collegial for a plastics evaluation. Per Dr. Ritz, offender was evaluated by plastics on 2-24-2017 and recommended conservative management. On 9-6-18 and 9-27-18 a request for wound care evaluation was not authorized by Dr. Ritz. On 10-26-18 he was not authorized for general surgeon and wound specialist. It was noted that blood sugar will need to be under control before patient is a surgical candidate. On 12-14-18 his case was presented in collegial for general surgery. Dr. Ritz did not approve and recommended better A1C control and Doxycycline.

**Recommendation:**

Kelly Pierce                    Menard Correctional Center
_Print Grievance Officer's Name_                    _Grievance Officer's Signature_
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| | **Chief Administrative Officer's Response** | |
|---|---|---|

Date Received: 04/04/2019        ☑ I concur        ☐ I do not concur        ☐ Remand

**Action Taken:**

MOOT. Per Medical, offender was treated (including admitted to HCU) until area was noted as "closed" on 11-27-18. Offender advised to report any change to medical via sick call request.

_Chief Administrative Officer's Signature_                    4.5.19 _Date_

| | **Offender's Appeal To The Director** | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Offender's Signature_                    _ID#_                    _Date_

**RECEIVED**

APR 1 8 2019

**ADMINISTRATIVE**
**REVIEW BOARD**

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

An additional Health Care response dated 12-1-2018 states offender reports an ongoing issue with a hole in the back of his head since year 2000. The first recent complaint of the area swelling on the back of offender head was noted on 6-27-2018. The nursing documentation in the medical record indicates the nurse assigned to the offender cell house was completing the dressing change. Offender was admitted to the Menard Infirmary on 11-06-2018 for treatment to the infected area. Offender was discharged from the Infirmary on 11-17-2018. The offender continued to have issues with this area until 11-27-2018, at which time NP Lindsay discontinued the daily dressing change due to the area being closed. NP Lindsay has continued the Hibiclens wash to the area daily. The offender advised to report any change to his nurse assigned to his cell house via nurse sick call.

Offender should contact his assigned Counselor and request to be submitted for a transfer review. 0360 records indicate offender was last denied a transfer 4-27-2015. Transfers are an administrative decision.

Placement/housing is an administrative decision.

*E-01-05*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Doyle _____ Brian _____ ___ B41630 _____
                     Last Name                        First Name                     MI        ID#

**Facility:** Menard _____

☐ Grievance: Facility Grievance # (if applicable) 327-8-18 _____ Dated: 8/1/2018 ___ or ☐ Correspondence: Dated: _____

Received: 4/18/2019 ___ Regarding: Tr: Want transferred to Lincoln or Dixon for medical treatment of hole in head as of 6/27/18. _____
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☒ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                                    Date

☐ No justification provided for additional consideration.

**Other** (specify): _____
_____

Completed by: Dave White _____     _[signature]_     4/22/2019 _____
                            Print Name                                  Signature                    Date

Greeting's Administrative Review Board

By THE Time you Recieve This Letter I Hope it find you well !

THE REASON for This Letter is to ReBut THe GRIEvance Officer Response to My GRIEvance, first THis is ABouT THe Hole THAT WAS in My Head, BuT THe Hole Hole WAS NoT THe Main pRoBlem, it WAS A pRoBlem BuT NoT THe Main pRoBlem, THe SWeat GlANS in My HEAd HAS TRAP AN ENORmous Amount of HAiR in My Head THAT Keep getting infected, And THE Health CARE UNit HAS to MAke AN INCINSIon To DRAiN it And Relieve THe pRessure check Medical files in GRIEvance, it HAS Been Done THRee (3) Time's THe Hole Keep it from Swellen So Much Because it Would DRAiN it Self ! THe Hole WAS loft on one of THose INCINSion when we went on LockDown And THe Refuse to See AnyBody [see Medical file]

BuT AS I sit RigHt Now My HEAd & face is still Swollen, So I Would Like to Move This GRIEvance forward for your Help

THe ReASoN I ASk for A TRANSfer or A ONe MAN Cell WAS for Medical Reason first THe TRANSfer WAS TO SomewHere I THink will give Me Better Medical TReAtMent THAN MenARd CORRectional Center

And The one Man call is so My Head would not get infected Again, They say it Closed Now But The said That Last Time And if you Examine My Head carefully it would prove My point, Some of These people Do not need to be in Health care! Attached is A copy of The letter I Received from The Health care Administration, Stating The Her And The State Medical Director say That I Definitive need Medical Treatment That was on Feb 13 2019 it is April 13 2019 And I am still in pain Also it Has An Attached form stating The treatment But The N.P. Has informed Wexford twice that The Med's Do not work! And I Need Surgery, Those paper Are in other Medical file Did not Know if I Could Add Them or not. Can you please Turn This into A Emergency Grievance And Answer it Queekly! Thank you very much!

RECEIVED

APR 1 8 2019

ADMINISTRATIVE
REVIEW BOARD

Brian Doyle B41630
Menard correctional center
P.O Box 1000
Menard IL 62259

**IN THE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Brian Doyle
_____
       Plaintiff

                )
                )
                )
                )
Vs.             )       Case No. New Complaint
                )
                )
Steve Ritz et al )
_____
       Defendant )

---

## NOTICE OF FILING

TO: U.S. Dist/ Court              TO: _____
____ Southern Dist/ Illinois      _____
_____                   _____
_____                   _____

TO: _____               TO: _____
_____                   _____
_____                   _____
_____                   _____

PLEASE TAKE NOTICE that on Oct. 21 , 20 19 , I have placed the documents listed
below in the institutional mail at _____ Menard Correctional Center, properly
addressed to the parties listed above for mailing through the United States Postal Service.
I E-Filed the Complaint And Exhibits At m.c.c Law Library

---

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare under penalty of perjury that I am
a named party in the above action, that I have read the above documents, and that the information
contained therein is true and correct to the best of my knowledge.

DATE: 10/21/19 _____

/s/ Brian Doyle _____
NAME: Brian Doyle
IDOC# R 41630
Menard Correctional Center
P.O. Box 1000
Menard , IL 62259